

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**FRANK P. TISCIONE**
PARTNER
(516) 357-3315
Frank.tiscione@rivkin.com

May 18, 2022

**VIA ECF**
Honorable Brian Cogan
United District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Liberty Mutual Insurance Company et al v. Stybel, et al.*
               Civil Case No.: 1:22-cv-01710-BMC
               RR File No. 9162-1165

Dear Judge Cogan:

This firm represents Plaintiffs Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, LM Property and Casualty Insurance Company, Safeco Company of Indiana, and American States Insurance Company (collectively, "Liberty Mutual" or "Plaintiffs") in the above-referenced action.

I write with the consent of opposing counsel to report that Plaintiffs have reached a settlement in principle with defendant Elena Borisovna Stybel, M.D. ("Defendant"). A settlement agreement with the Defendant is in the process of being completed. After certain conditions are met, Plaintiffs will file a stipulation discontinuing the claims against the Defendant. We will keep the Court apprised of the effectuation of this settlement. In the meantime, we stand ready to respond should the Court have any questions.

As such, Plaintiffs respectfully request that the Court cancel or adjourn the Initial Status Conference currently scheduled for May 24, 2022.

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

Honorable Brian M. Cogan, U.S.D.J.
May 18, 2022

The Court's attention to this request is appreciated.

                                                       Respectfully submitted,

                                                       RIVKIN RADLER LLP

                                                       */s/ Frank P. Tiscione*

cc: All Counsel of Record (via ECF)            Frank P. Tiscione, Esq.